**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7426

DANIEL DENNIS COLLINS,

Plaintiff - Appellant,

versus

LIEUTENANT STEWART; SERGEANT KENT; CARTER,
C.O.; DARRY, C.O.; DONNELL, C.O.,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-96-
1994-L)

Submitted: January 9, 1997          Decided: January 24, 1997

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel Dennis Collins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Dennis Collins appeals the district court's order denying his motion for reconsideration of its earlier order placing Appellant's civil rights actions on the inactive docket. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Collins v. Stewart</u>, No. CA-96-1994-L (D. Md. Aug. 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>